**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **5:26-cr-17-TPB-PRL**

**MARIO CESAR DOS SANTOS, JR.,**
**Defendant.**

---

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Local Rule 1.02, Middle District of Florida, and has entered a plea of guilty to Counts 1 & 2 of the Superseding Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea agreement and the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. The defendant is in custody of the U.S. Marshal pending sentencing.

Date: September 10, 2026

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
United States Probation Office

## NOTICE

Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation